UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHAMBRIA NECOLE SMITH                                   CIVIL ACTION

VERSUS                                                  NO.  16-16597

KANSA TECHNOLOGY, LLC, ET AL                            SECTION "N" (4)


## ORDER AND REASONS

Before the Court is Defendant Kansa Technology, L.L.C.'s ("Kansa") Motion to Exclude the Video of the Kansa 760 Newspaper Inserter (Rec. Doc. 41), which is opposed by Plaintiff (Rec. Doc. 57).  Kansa has filed a Reply (Rec. Doc. 64).

On the showing made, Kansa's Motion to Exclude from evidence the video of the Kansa 760 Newspaper Inserter is **GRANTED**.  The video does not illustrate the model (480) allegedly involved in causing Plaintiff's injury.  In fact, the machine depicted in the video has several features, including various settings, not present on the machine involved in this case, and it operates faster than the machine involved herein.  The latter fact seems important at this juncture, given the allegations of Plaintiff as to how her injury occurred.  In addition, the Court has already granted (Rec. Doc 42) Kansa's motion to exclude the late-disclosed opinions of Plaintiff's expert Mr. Edward Carrick, wherein the video of the Kansa 760 Newspaper Inserter was first mentioned by Plaintiff.

Nonetheless, as conceded by Defendant Kansa, Plaintiff may utilize the video of the Kansa 760 Newspaper Inserter as a *demonstrative* exhibit, i.e., one shown to the jury for illustrative purposes only, and not to be offered or admitted into the record as evidence.  Prior to any attempt

to show the video to the jury, Plaintiff's counsel shall lay an adequate foundation with the appropriate witness, including the witness's full explanation regarding the capabilities and/or limitations of the Kansa 480 model allegedly involved in Plaintiff's injury; and the differences in design, features, operation, speed, size, and any other distinguishing factors between the subject Kansa 480 Newspaper Inserter and the Kansa 760 Newspaper Inserter. Prior to showing the jury the video, the Court will permit defense counsel to question such witness on all distinguishing factors in order to establish for the jury a complete record of how the video is purely demonstrative and should not be fully equated with the Kansa 480 Newspaper Inserter in any other material respect.

New Orleans, Louisiana, this 25th day of April 2018.

_____
**KURT D. ENGELHARDT**
**United States District Judge**