UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAMBRIA NECOLE SMITH** | * | **CIVIL DOCKET NO. 2:16-cv-16597** |
| | * | |
| **VERSUS** | * | **SECTION "N" (4)** |
| | * | |
| | * | **JUDGE: KURT D. ENGELHARDT** |
| **KANSA TECHNOLOGY, LLC AND** | * | |
| **HAMMOND DAILY STAR** | * | |
| **PUBLISHING COMPANY, INC.** | * | **MAG: KAREN WELLS ROBY** |

## MOTION FOR LEAVE TO INTERVIEW JURORS

MAY IT PLEASE TO THE COURT:

Counsel for Plaintiff, SHAMBRIA SMITH, wishes to interview jurors for potential jury taint ultimately influencing the jury. For this reason, Plaintiff's counsel respectfully requests leave of Court to interview jurors, pursuant to the Court's oral order of May 2, 2018, wherein the Court ruled that such contact by the parties or counsel would be prohibited without further order of the Court.

In the instant case, "the district court must balance the losing party's right to an impartial jury against the risks of juror harassment and jury tampering."

1. Trial took place from April 30, 2018 through May 2, 2018, before an eight-person jury.

2. On May 2, 2018, the jury returned a unanimous verdict in favor of Defendant.

3. Also on that day, prior to rendering a verdict in the Defendant's favor the jury had one question during deliberations, *Does Shambria Smith have any pending lawsuits against the Hammond Daily Star?*

4. Plaintiff's expert, Lauren Rivet sat in the hallway of the court awaiting her testimony to be taken. During this time, Plaintiff's counsel believes she witnessed interaction of the defense's support staff and Ms. Hydel, the courier for one of the juror's Ms. Waguespack interacting with each other to be verified. The Plaintiff is seeking to interview the jury to obtain any additional information that may or may not support a finding of a jury taint along with evidentiary issues.

5. In communicating with jurors, Plaintiff's counsel would make it clear that any communication and participation would be completely voluntary.

6. Plaintiff's counsel would conduct its inquiry in a non-confrontational manner, making sure not to challenge the juror's views, reasoning or participation regarding deliberation.

On May 2, 2018, the Defendants stated they had no objection to interviewing the jurors. The Plaintiff is not seeking this motion to neither harass nor impede any finality of judgments however the information before the Plaintiff causes some concern as to the trial process supporting evidence of an "extreme circumstance" warranting the interview of the jurors.

The Local Rules of the Eastern District Court of Louisiana state the following:

> **LR 47.5 Interviewing Jurors**
> **(A) A juror has no obligation to speak to any person about any case and may refuse all interviews or requests for comments.**
> **(B) Attorneys and parties to an action, or anyone acting on their behalf, are prohibited from speaking with, examining or interviewing any juror regarding the proceedings, except with leave of court. If leave of court is granted, it shall be conducted only as specifically directed by the court. (C) No person may make repeated requests to interview or question a juror after the juror has expressed a desire not to be interviewed. [the juror new trial in this case pursuant to the provisions of Rule 59 and Rule 51 of the Federal Rules of Civil Procedure.**

In the instant case, "the district court must balance the losing party's right to an impartial jury against the risks of juror harassment and jury tampering." The Plaintiff is seeking this interview to ascertain whether a jury taint and/or jury tampering occurred during the trial proceedings in this matter.

For these reasons, Plaintiff's counsel respectfully requests leave to interview jurors for potential jury taint and evidentiary purposes.

RESPECTFULLY SUBMITTED:

**THE JOHNSON LAW GROUP**
(A PROFESSIONAL LAW CORPORATION)

BY: /s/ Willie G. Johnson, Jr.
**WILLIE G. JOHNSON, JR. (#28628)**
**JENNIFER O. ROBINSON (#27864)**
**SOPHIA RILEY (#32286)**
**DEREK E. ELSEY (#36844)**
Post Office Box 84509
Baton Rouge, LA 70884
4980 Bluebonnet Blvd., Suite B
Baton Rouge, LA 70809
Telephone: (225) 717-7070
Facsimile: (225) 930-8573

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been forwarded via electronic means and/or this date placed in the United States Mail, properly addressed, and postage prepaid, to all counsel of record.

Baton Rouge, Louisiana, this 31st day of <u>May</u>, 2018.

<u> /s/ Willie G. Johnson, Jr.</u>
WILLIE G. JOHNSON, JR.